FILED
2010 Feb-16 PM 01:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A
# PART FOUR


DEFENDANT'S EXHIBIT 13 Gilbert

April 17, 2008

H LEE SCOTT, JR
CEO
WAL-MART STORES, INC
702 SOUTHWEST EIGHTH STREET
BENTONVILLE AR 72716-0215

RE: Employee: Reginald W Gilbert
Store Number: 4580/3271

Dear Mr. Scott:

As a concerned wife, I am writing this letter to you to inform you of the unethical/unfair treatment that my husband, Reginald W Gilbert, has been faced with in the last couple of months. Everyone deserves to be treated with respect and have the opportunity to succeed without having to constantly worry whether or not his job is on the line.

Reginald began his career with Wal-Mart in 1996 as an associate of one of you stores in Birmingham Alabama. Along the way there have been some bumps and bruises but nothing that Reginald could not endure. He stuck with the company because he believed in the company and what it stood for. He is very big on doing it Wal-Mart's way and bought into the vision of Sam Walton. He takes his job seriously and set out to make a life long career with Wal-Mart. I am sure you are aware of Reginald's work ethics and the knowledge and experience he brings with him when he is on the job.

Reginald has moved to different stores as opportunities have come up and progressed up the ladder due to his determination to be the best that he can be and serve as a model employee for Wal-Mart. There has never been a time when he did not go above and beyond to make sure the work was done and the shelves were stocked. He has been praised several times for his performance and his work ethic. The district manager has recognized him for his success as a frozen food manager in the Calera Alabama store. On several occasions he was referenced as an example to other frozen food managers as to how a frozen food area and freezer should be run. With all this being said, it all paid off and he was recently promoted to overnight support manager for one of the neighborhood markets. This was a very exciting time for him as well as his family. Reginald felt a since of accomplishment and was ready for anything that came his way.

Reginald began working in his new position as overnight support manager around June 2007. During this time everyone was busy getting the store ready for the grand opening. Shortly after the opening day is when everything took a turn for the worst. Reginald did not get much training in his new position but this was not a major concern because he knew the expectations of Wal-Mart and his 10 years of experience was a comfort to him and he was not afraid of the

challenge. However, from day one he did not have the support of his management group. Reginald was repeatedly address by other managers about his salary and statements were made that he made more than other managers. This was very uncomfortable for him but he continued to do the best job he could. He had several issues with the overnight staff and reported it to management on several occasions with no response from the management group. This lack of concern by management for these complaints led to a lack of respect by the employees for Reginald's position. Reginald's hands were tied when it came to taking disciplinary actions against an employee due to the fact that there had to be two members of management during a coaching and on most nights he was the only manager in the store. This continued for several months and eventually led to a "so called" demotion due to allegations that he made a racial remark to another manager. It seems as though it was one thing after another and Reginald was being the blame for everything. This happened in February 2008 and he was moved to another store to help with a remodel and was told in May 2008 he would need to enter his career preference in the computer for a new position.

As you can imagine, Reginald's whole world has been turned upside down. He has worked so hard to progress in this company all for it to be taken away from him in a blink of an eye. Keep in mind that for the past 10 years Reginald has always received and exceeds expectations and has always been viewed as a valued employee. He went to this other store and for six months he had to fight every step of the way to hold on to job because of all the false allegations that were being brought against will no concern of the management group. This not only hurt him but also will financially hurt our family. Reginald would like to discuss this injustice with you in hopes of regaining his career and future with Wal-Mart. No one has ever taken the time to address Reginald's concerns about the allegations made against him there are obviously not true.

We are not aware of any real investigation that was done to confirm the validity of the allegations. Is it their word against his? Is it really that easy for someone to ruin another person's reputation, career, future and dreams? **Why?** It was very hard and embarrassing for Reginald to tell his family the devastating news. All we want is the opportunity to have some questions answered and a real investigation into the "so called" allegations. I think you will find that these allegations are nothing more than an excuse to get rid of Reginald and his salary in a store that was not meeting expectations. Please contact us at your earliest convenience to discuss this information in depth. You can reach me at 205-268-5509 and Reginald at 205-902-8951. Thanks for you time and consideration in this matter and we look forward to meeting with you.

                Sincerely,

                Adelle Gilbert
                305 Oakwell Circle
                Calera Al 35040

1. Notified Management regarding employee coachings that needed to be addressed but no one ever acknowledged notes that were left. Could not coach employee on overnight shift because there had to be at least two members of management in the room. I was never able to exercise my authority as an overnight support manager because I could not get management to assist me with performance issues, attendance issues, etc. I was the one that rec'd the coaching due to not meeting productivity goals.

   Examples
   
   A. Instructing associate to work in a specific department and the employee refused so I sent her home for refusing to do the work that was expected. The next day Management adjusted her time to show 8hrs even though I had sent her home and did not complete her shift. This shows the associates that they can go over my head and management will side with the employee instead of supporting my decision as the overnight manager.

2. When I gave instructions to overnight crew they always seemed to buck my authority but did not react the same with other overnight support manager, Eric Olsen (White).

3. Out sick with the flu for one week. Store manager, Mike Chandler, was very upset with me when I called in stating that I should have called in earlier. I called as soon as I left the Dr. office. This was unexpected on my part because I was not aware that the Dr was going to instruct me to be off for an entire week. I had enough personal time and sick time to be able to cover this short leave and should not have been treated this way by the store manager. When I returned to work I was immediately written up for not meeting productivitiy goals. I was out for the entire week before. Therefore, this matter should have been addressed with the other overnight support manager, Eric Olsen. To my knowledge, Eric was never written up concerning productivity. I was advised by assistant manager, Howard Kirkpatrick, that I should fight the coaching because the majority of the stock remaining was left my Eric from the week before.

4. Eric Olsen, overnight support manager, called in on several occassions at the last minute and was never written up. He would even do a "no call', no show" and still was never written up or coached about his attendance. In some instances he would come in later than his scheduled start time and even leave before his scheduled end time. Eric and Howard Kirkpatrick were on the phone and I heard Eric Olsen tell him, " fuck you, this is bullshit" and hung the phone up and left without completing his shift. To my knowledge, Eric was not written up for his behavior nor was he terminated for using profanity on the sales floor.

5. Two black associates came to me to report the use of profanity by Eric Olsen. The associates completed an incident report that I turned in to management and no action was taken against Eric but was told by management that I was the one that turned in the reports. Once Eric was told that I turned in the reports, he confronted me about the situation. This should have been kept confidential. No red book investigation was opened on this matter.

6. Shift reports are left everynight for the overnight managers. The reports that are left for me state that I should have the store 100% stocked, zoned, cleaned, etc. eventhough I am working under staffed. On some occassions I was working this only 3 or 4 associates to stock the entire store therefore leaving me to run the registers, unload trucks, supervise and stock. The reports that were left for Eric only instructed him to complete as much as possible.

7. Was written up for allegations that I called Eric Olsen a "white boy" . I was told that 10 employees had made statements that I made these racial remarks about Eric. However, there was never a time when the store had 10 overnight employees. This allegation was brought up by another associate as hear say information and not be Eric himself. I was told a month later about the incident and later demoted due to the allegations. I do not feel as though I was given an opportunity to defend myself or to

deny the allegations. I have asked on several occassions to meet with the district manager but with no response. A letter was written to CEO of walmart and no response was rec'd. I wanted to know what type of investigation was done in this matter and never got a response from store manager. I contacted Brett (district manager) about this incident and he told me he would get back with me once the investigation was closed but I never got a response from him and it was later determined that I would be demoted. There was never anything that stated that I was being demoted. They moved me to another store to help with a remodel and I stayed at that store until May 2008. At this time I was give about 2 days to make a decision as to what new position I would be taking in the company.

8. When it was announced that I was moving to the Vestavia market another white manager (Jeremy Crook) called managers at Vestavia store to warn them about me. Assistant manager, Howard KirkPatrick confirmed with me in person that Jeremy called and told him that I was a hot head and would call home office if anything wasn't going my way. He told me that all eyes were on me so I needed to watch me back.

9. I have called home office to report some issues and feel like I have been retaliated against because I have gone over managements head to report specific issues.

10. Was approached by co-manager, Mr. Gray and assistant manager Tina about my salary being so high compared to others with comparable job titles. Shortly after being confronted about my salary, my overtime hours started being reduced. When I started this position I was guaranteed 48 hrs a week. I was assured by the district manager that this job title required a work week of 48 hours. The overtime pay was the big incentive in me accepting this position.

If I can think of anything else, I will forward to you via email. I am also going to attach the letter that was sent to the CEO which I never got a response from and also a log of issues that I have faced since I began working at the Vestavia market.

## Performance Appraisal
## Department Manager - Food

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| **Customer Service** | | | |
| Practices 10 Foot Attitude. | | ☒ | |
| Wears appropriate work attire. | ☒ | | |
| | | | |
| **Productivity** | | | |
| Follows budgets for department, including shrink budget. | ☒ | | |
| Ensures Associates are trained on departmental procedures. | ☒ | | |
| Ensures departments are kept neat and clean. | ☒ | | |
| Understands emergency procedures (e.g. accidents, codes). | | ☒ | |
| Obtains basic understanding of the SMART System. | | ☒ | |
| Understands how to use the handheld terminal. | ☒ | | |
| Completes Store Within A Store (SWAS) charts monthly. | | ☒ | |
| Completes price changes on time. | | ☒ | |
| Orders needed merchandise. | | ☒ | |
| Assists management with Stocker's performance reviews, coachings, and commendations. | | ☒ | |
| Follows proper procedures on: | | | |
|     Markups/markdowns. | | ☒ | |
|     Signing flagging labels. | | ☒ | |
|     Price changes. | ☒ | | |
|     Clearance. | ☒ | | |
|     Competition pricing. | | ☒ | |
| Maintains standards for maintenance, cleanliness, sanitation, and quality assurance as required by assigned area. | ☒ | | |
| Reacts in a timely and thorough manner to results of Food Safety Audit scores. | ☒ | | |
| Achieves area "throws" objectives. | ☒ | | |
| Sets modulars on time. | ☒ | | |
| Completes Correction of Errors in a timely manner. | ☒ | | |
| Maintains/tracks productivity of features. | | ☒ | |
| Displays correct signing. | ☒ | | |
| Ensures risers are neat and stable. | ☒ | | |
| Rotates merchandise. | ☒ | | |
| Empties backstock. | ☒ | | |
| Processes and stocks freight. | ☒ | | |
| Establishes and maintains adequate and accurate inventory levels. | | | |
| | | | |
| **Dependability** | ☒ | | |
| Attendance and punctuality is within Company guidelines. | | | |

Days Absent: 0       Days Tardy: 1

| | | | |
|---|---|---|---|
| **Training** | | ☐ | ☐ |
| Current on CBLs. | | | |

Company Goal: 100%       Associate Current%: 900%

| Name: REGINALD GILBERT | Store# 3271 | Position: DEPT. MGR. FROZEN |
|---|---|---|
| SS# 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 | | Current Pay Rate: 15.08 |
| Review Period: | | Increase Amount: .60 |
| From: 04/05/06 | To: 04/05/07 | New Pay Rate: 15.68 |



[ ] 90 Day    [✓] Annual    [ ] Follow Up

### STRENGTHS

REGINALD IS VERY KNOWLEDGE AND DEPENDABLE. HIS DEPARTMENT IS ALWAYS NEAT, CLEAN AND WELL-STOCKED. HE KNOWS EVERY ASPECT OF THE TELZON AND KEEPS HIS PRICE CHANGES CURRENT AND WORKS THE BAM SCREEN DAILY. REGINALD IS SELF-MOTIVATED AND REQUIRES VERY LITTLE SUPERVISION.

### AREAS FOR IMPROVEMENT

CONTINUE TO WORK WELL WITH SUPPLIERS AND SHARE HIS KNOWLEDGE TO TRAIN OTHER ASSOCIATES, SO THEY CAN ADVANCE WITH THE COMPANY. REGINALD NEEDS TO GO TO OTHER AREAS OF THE STORE TO GET A MORE COMPLETE KNOWLEDGE OF WAL-MART.

### ASSOCIATES COMMENTS / GOAL SETTINGS

[✓] EXCEEDS EXPECTATIONS    [ ] MEETS EXPECTATIONS    [ ] BELOW EXPECTATIONS

SIGNATURES:

| Associate's Signature | Print Associate's Name: REGINALD GILBERT | Date: 4-03-07 |
|---|---|---|
| Hourly Supervisor Signature | Print Hourly Supervisor Name | Date |
| Salaried Manager's Signature | Print Salaried Manager's Name: Jeremy Cook | Date: 4-3-07 |
| Facility Manager's Signature | Print Facility Manager's Name | Date |

## Performance Appraisal
### Overnight Support Manager

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|

**Customer Service and Productivity**

Assists management with the following procedures:

| Item | Exceeds | Meets | Below |
|---|---|---|---|
| Answers Customer's complaints or inquiries. | | ✓ | |
| Locks and secures store. | | | ✓ |
| Attracts, retains, and motivates all Associates. | | ✓ | |
| Coaches and guides Associates engaged in sales work, taking of inventories, keeping accurate records or performing work of subordinates, as needed. | | ✓ | |
| Coordinates sales promotion activities and prepares, or directs Associates in preparing merchandise displays and advertising copy. | | ✓ | |
| Ensures compliance of Associates with established security, sales, and record keeping procedures and practices. | | ✓ | |
| Formulates pricing policies on merchandise according to requirements for profitability of store operations and in compliance with the law. | | ✓ | |
| Recognizes good performance. | | ✓ | |
| Provides "Commitment to Success". | | | ✓ |
| Teaches others how to do a task by demonstrating and explaining how to do it and then observing the person performing the task. | | ✓ | |
| Reviews operational records and reports for the store to project sales and to determine store profitability. | | | ✓ |
| Moves around the store to assess the overall presentation of merchandise and appearance of the store noting deficiencies for corrective action. | | ✓ | |
| Makes the operating unit successful by maximizing sales and profitability. | | ✓ | |
| Protects the Company's assets. | | | |

**Safety and Loss Prevention**

| Item | Exceeds | Meets | Below |
|---|---|---|---|
| Knows Company policy concerning shoplifting. | | ✓ | |
| Takes care of safety hazards as soon as they become apparent. | | ✓ | |
| Knows procedures and proper work practices. | | ✓ | |
| Ensures markdowns are properly recorded for distressed merchandise. | | ✓ | |
| Knows proper product handling methods. | | ✓ | |
| Follows proper lifting techniques. | | ✓ | |
| Ensures proper use of supplies and facilities. | | ✓ | |
| Ensures lockout/tagout procedures are followed. | | | |

**Dependability**

Attendance and punctuality is within Company guidelines.   | | ✓ | |
Days Absent: _1_   Days Tardy: _3_

**Training**

Current on CBLs   Company Goal: 100%   Associate Current %: _100_   | | ✓ | |

\* This was the review that was given after my demotion.

| | | |
|---|---|---|
| Name: REGINALD GILBERT | Store# 4580 | Position: O/N SUPPORT MGR |
| SS# 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 | | Current Pay Rate: $16.83 |
| Review Period: ANNUAL | | Increase Amount: .40 |
| From: MAY 05, 2007 | To: MAY 05, 2008 | New Pay Rate: $17.23 |

☐ 90 Day      ☑ Annual      ☐ Follow Up

## STRENGTHS

REGGIE WAS A VERY GOOD DEPARTMENT MANAGER. REGGIE HAS A WEALTH OF FOOD EXPERIENCE IN SEVERAL DIFFERENT AREAS AND POSITIONS WITHIN THE COMPANY. REGGIE HAS THE POTENTIAL OF BEING A GOOD SUPPORT MANAGER. HE IS VERY EAGAR AND PASIONATE ABOUT HIS JOB. REGGIE HAS A STRONG DESIRE TO DO WELL AND TO SUCCEED IN THIS BUSINESS. HE CONTINUES TO TALK ABOUT SAFETY IN ALL NIGHTLY MEETINGS AND HIS CREW WAS OVER 250 DAYS ACCIDENT FREE.

## AREAS FOR IMPROVEMENT

REGGIE NEEDS TO DEVELOP A LEADERSHIP STYLE THAT WILL CONTINUE TO DEVELOP HIMSELF AND HIS ASSOCIATES. HE NEEDS TO TAKE OWNERSHIP OF TASKS, NOT COMMUNICATE THEM AS WHAT HIS SUPERIORS SAID ASSOCIATES NEED TO DO. HE NEEDS MAKE DECISIONS, RIGHT OR WRONG, AND LEARN FROM THAT OUTCOME. REGGIE NEEDS TO ACCEPT RESPONSIBILITY FOR THE PRODUCTIVITY OF HIS CREW. REGGIE NEEDS TO UNDERSTAND THAT IN MANAGEMENT YOU LEAD BY EXAMPLE. LEARN TO GIVE DIRECTIONS IN A WAY THAT YOU ARE RESPECTED BY YOUR ASSOCIATES AND THEY FEEL RESPECTED. YOU MUST EARN THE ASSOCIATES TRUST IN ORDER FOR THEM TO FOLLOW YOU. REGGIE KEEP YOUR EYE ON THE PRIZE AND GO AND GET YOUR PRIZE. CONTINUE TO STRIVE FOR EXCELLENCE!

## ASSOCIATES COMMENTS / GOAL SETTINGS

I STRONGLY DISAGREE WITH THIS E.U.P.C. WILL TALK WALK HOME OFFICE ABOUT THIS

☐ EXCEEDS EXPECTATIONS      ☑ MEETS EXPECTATIONS      ☐ BELOW EXPECTATIONS

SIGNATURES:

| Associate's Signature | Print Associate's Name | Date |
|---|---|---|
| Hourly Supervisor Signature | Print Hourly Supervisor Name | Date |
| Salaried Manager's Signature | Print Salaried Manager's Name | Date |
| Facility Manager's Signature | Print Facility Manager's Name | Date |

## Performance Appraisal
## Day Maintenance

| | E X C E E D S | M E E T S | B E L O W |
|---|---|---|---|

| Customer Service | E | M | B |
|---|---|---|---|
| Practices 10 Foot Attitude. | ☑ | ☐ | ☐ |
| Wears appropriate work attire | ☑ | ☐ | ☐ |
| Answers all Customer Service calls. | ☑ | ☐ | ☐ |

| Productivity and Safe Work Practices | E | M | B |
|---|---|---|---|
| Uses proper lifting techniques. | ☑ | ☐ | ☐ |
| Is familiar with hazards involved with chemicals and practices safe handling procedures. | ☑ | ☐ | ☐ |
| Uses proper protective equipment while handling chemicals. | ☑ | ☐ | ☐ |
| Follows correct disposal procedures for chemicals. | ☑ | ☐ | ☐ |
| Maintains proper use of extension cords, ensuring proper grounding. | ☐ | ☑ | ☐ |
| Cleans/replaces ceiling tiles as needed. | ☐ | ☑ | ☐ |
| Keeps storage closet organized at all times, ensuring the stable stacking of items. | ☐ | ☑ | ☐ |
| Zones fixture room daily. | ☐ | ☑ | ☐ |
| Cleans windows at front entrance. | ☐ | ☑ | ☐ |
| Performs safety sweeps at designated times. | ☑ | ☐ | ☐ |
| Keeps toilet paper and paper towels stocked. | ☐ | ☑ | ☐ |
| Handles all spills promptly using correct procedures. | ☑ | ☐ | ☐ |
| Adheres to safety and emergency procedures. | ☑ | ☐ | ☐ |
| Ensures OSHA guidelines are being followed properly: | | | |
|    Hazard communications. | ☑ | ☐ | ☐ |
|    Lockout/tagout. | ☑ | ☐ | ☐ |
|    Bloodborne pathogens. | ☑ | ☐ | ☐ |
| Maintains clean space around the emergency eye wash area. | ☐ | ☑ | ☐ |
| Helps to promote cleanliness and safety by ensuring the following are kept clean: | | | |
|    Water fountains. | ☑ | ☐ | ☐ |
|    Vestibule. | ☑ | ☐ | ☐ |
|    Lounge. | ☑ | ☐ | ☐ |
|    Restrooms. | ☐ | ☑ | ☐ |
| Trash cans are emptied as necessary. | ☐ | ☑ | ☐ |

| Dependability | E | M | B |
|---|---|---|---|
| Attendance and punctuality is within Company guidelines.<br>Days Absent: 0      Days Tardy: 0 | ☑ | ☐ | ☐ |

| Training | | |
|---|---|---|
| Current on CBLs   Company Goal: 100%   Associate Current % 100 | ☑ | ☐ |

| Name: Reginald Gilbert   Store# 423 | Position: |
|---|---|
| SS# | Current Pay Rate: 18.40 |
| Review Period: | Increase Amount: |
| From: May 31, 2008   To: April 16, 2009 | New Pay Rate: 18.40 |

☐ 90 Day    ✓ Annual    ☐ Follow Up

## STRENGTHS

Reginald goes above and beyond his duty as a maintenance person. He always volunteers his services outside his regular duties. He does buggies. He helps in frozen. He maintains the backroom and loads the pallet truck. All these things are done without being asked. He is very vital to my third shift program. He also does a outstanding job with the regular maintenance duties.

## AREAS FOR IMPROVEMENT

Reginalds area for improvement are he needs to learn to get along better with all associates. Stay out of other peoples affairs and let management handle the store. He does a great job but needs to understand that management is working with him and not against him. Continue to learn the company expectations.

## ASSOCIATES COMMENTS / GOAL SETTINGS

N/A

✓ EXCEEDS EXPECTATIONS    ☐ MEETS EXPECTATIONS    ☐ BELOW EXPECTATIONS

SIGNATURES:

| Associate's Signature | Print Associate's Name: REGINALD GILBERT | Date: 04/16/09 |
|---|---|---|
| Hourly Supervisor Signature | Print Hourly Supervisor Name: Turi Cason | Date: 4/16/09 |
| Salaried Manager's Signature | Print Salaried Manager's Name | Date |
| Facility Manager's Signature | Print Facility Manager's Name | Date |

| CHARGE OF DISCRIMINATION | Received | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | APR 1 2008 | ☐ FEPA<br>☒ EEOC | 420-2008-01832 |

EEO Legal _____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Reginald W. Gilbert | (205) 668-4353 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 305 Oakwells Circle | Calera, AL 35040 | 04/14/1960 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Wal-Mart | Over 1000 | (205) 822-9994 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1300 Montgomery Highway | Vestevia, AL 35216 | Jefferson |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA)   LATEST (ALL)
February 2008

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I began my employment with Wal-Mart on May 5, 1998 at its facility in Lakeshore location in Birmingham, Alabama. I began as a stocker and worked my way up to a management position. I was promoted to the position of Supportt Manager in June of 2007.

2. In February 2008, I was subjected to an investigation of racial discrimination by Wal-Mart officials for allegedly making a racial statement. I never made such a statement and denied such to the investigators. I was subsequently demoted from my position which was then filled by a white female.

3. I have been discriminated against on the basis of my race in that I was disciplined more harshly than similarly situated white employees.

RECEIVED
EEOC
MAR 2 0 2008
BIRMINGHAM DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

Date 3-18-08      R. Gilbert
                  Charging Party (Signature)

EEOC FORM 5 (10/94)

DEFENDANT'S EXHIBIT 14 Gilbert

| CHARGE OF DISCRIMINATION | Received | AGE | | CHARGE NUMBER |
|---|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | APR 1 2008 | | FEPA | 420-2008-01832 |
| | | X | EEOC | |

EEO Legal _____ and EEOC

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Reginald W. Gilbert | (205) 668-4353 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 305 Oakwells Circle | Calera, AL 35040 | 04/14/1960 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Wal-Mart | Over 1000 | (205) 822-9994 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1300 Montgomery Highway | Vestevia, AL 35216 | Jefferson |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA) LATEST (ALL)
February 2008

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I began my employment with Wal-Mart on May 5, 1998 at its facility in Lakeshore location in Birmingham, Alabama. I began as a stocker and worked my way up to a management position. I was promoted to the position of Supportt Manager in June of 2007.

2. In February 2008, I was subjected to an investigation of racial discrimination by Wal-Mart officials for allegedly making a racial statement. I never made such a statement and denied such to the investigators. I was subsequently demoted from my position which was then filled by a white female.

3. I have been discriminated against on the basis of my race in that I was disciplined more harshly than similarly situated white employees.

RECEIVED
EEOC
MAR 2 0 2008
BIRMINGHAM DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

Date 3-18-08   R. Gilbert
Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (10/94)

DEFENDANT'S EXHIBIT 14


# CHARGE OF DISCRIMINATION

affected by the Privacy Act of 1974; See Privacy Act Statement before this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☒ EEOC | 130A00914 |

_____ and EEOC
State or local Agency, if any

(Indicate Mr., Ms., Mrs.)
**Mr. Reginald Gilbert**

HOME TELEPHONE (Include Area Code): (205) 879-5333

STREET ADDRESS: 1945 Mayfair Park Drive #304, Homewood, AL 35209

DATE OF BIRTH: 04/14/1960

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Wal-Mart Supercenter | Cat D (501 +) | (205) 945-8692 |

STREET ADDRESS: 209 Lakeshore Parkway, Homewood, AL 35209
COUNTY: 073

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST _____ LATEST 01/25/2000
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I have been employed by the employer since May 5, 1998. I am currently employed as a shocker on the night shift. The employer has subjected me to unlawful terms, conditions and privileges of employment, in that, I have been required to perform a class of job duties not required of female employees.

Dennis Tucks, male manager told me that it was his management discretion to assign duties.

I believe I was discriminated against in violation of Title VII of the 1964 Civil Rights Act as amended, because of my gender, male. I contend that all males are required to perform heavy work, such as, pulling pallets, lifting heavy boxes, climbing ladders, whereas, similarly situated females are not required to perform the same or similar duties on the night shift.

I contend that the employer discriminates against males as a class, in that male associates are required to do all heavy work, i.e., carrying customer items to the cars for pickup and other heavy work. Females are not required to perform similar duties.

RECEIVED JAN 26 2000

**DEFENDANT'S EXHIBIT 15 Gilbert**

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 01-26-00
Charging Party (Signature): Reginald Gilbert

NOTARY — (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 06/90)

# CHARGE OF DISCRIMINATION

affected by the Privacy Act of 1974; See Privacy Act Statement before this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☒ EEOC | 130A00914 |

_____ and EEOC
State or local Agency, if any

(Indicate Mr., Ms., Mrs.)
Mr. Reginald Gilbert

HOME TELEPHONE (Include Area Code)
(205) 879-5333

STREET ADDRESS — CITY, STATE AND ZIP CODE
1945 Mayfair Park Drive #304, Homewood, AL 35209

DATE OF BIRTH
04/14/1960

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME: Wal-Mart Supercenter
NUMBER OF EMPLOYEES, MEMBERS: Cat D (501 +)
TELEPHONE (Include Area Code): (205) 945-8692

STREET ADDRESS — CITY, STATE AND ZIP CODE
209 Lakeshore Parkway, Homewood, AL 35209
COUNTY: 073

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST — LATEST: 01/25/2000
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I have been employed by the employer since May 5, 1998. I am currently employed as a shocker on the night shift. The employer has subjected me to unlawful terms, conditions and privileges of employment, in that, I have been required to perform a class of job duties not required of female employees.

Dennis Tucks, male manager told me that it was his management discretion to assign duties.

I believe I was discriminated against in violation of Title VII of the 1964 Civil Rights Act as amended, because of my gender, male. I contend that all males are required to perform heavy work, such as, pulling pallets, lifting heavy boxes, climbing ladders, whereas, similarly situated females are not required to perform the same or similar duties on the night shift.

I contend that the employer discriminates against males as a class, in that male associates are required to do all heavy work, i.e., carrying customer items to the cars for pickup and other heavy work. Females are not required to perform similar duties.

RECEIVED JAN 26 2000

DEFENDANT'S EXHIBIT 15

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

Date 01-26-00   Charging Party (Signature) Reginald Gilbert

EEOC FORM 5 (Rev. 06/92)

# CHARGE = DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [ ] FEPA  [X] EEOC

CHARGE NUMBER: 130A202187

_____ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.)
Mr. Reginald W. Gilbert

**HOME TELEPHONE** (Include Area Code)
(205) 685-8951

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
963 Savannah Lane, Calera, AL 35040

**DATE OF BIRTH**
04/14/1960

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Wal Mart
**NUMBER OF EMPLOYEES, MEMBERS**: Cat A (15-100)
**TELEPHONE** (Include Area Code): (205) 945-8692

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**: 209 Lakeshore Drive, Homewood, AL 35209
**COUNTY**: 073

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 05/31/2002  LATEST: 05/31/2002
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I. I was hired by the employer named above during May, 1998, in the position of stocker. During February, 2002, and April, 2002, I was denied a transfer to another location. On at least two occasions I have acted in management positions. On May 31, 2002, I was informed that I would not be promoted to the position of customer service manager, a position in which I have acted in for approximately one month.

II. I was informed by Anthony Eppes, Assistant Manger that I would not be promoted to the position in that I was not qualified for it.

III. I believe that I was discriminated against in violation of Title VII of the 1964 Civil Rights Act, as amended in retaliation to previously filed charges of discrimination against the employer. Employees who have not filed previous charges of discrimination have been transferred with no problems and cashiers, who I believe to have not filed charges of employment discrimination have been promoted to customer service managers. I met all qualifications for the posted position. Of the employees who applied for the position I am the most qualified.

RECEIVED MAY 3 1 2002 E.E.O.C. Birmingham Distr.

DEFENDANT'S EXHIBIT 16

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 5-31-02
*Reginald W. Gilbert*
Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 07/99)

**RESPONDENT'S COPY**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | 130A202187 |

_____ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.)
Mr. Reginald W. Gilbert

**HOME TELEPHONE** (Include Area Code)
(205) 685-8951

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
963 Savannah Lane, Calera, AL 35040

**DATE OF BIRTH**
04/14/1960

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**
Wal Mart

**NUMBER OF EMPLOYEES, MEMBERS**
Cat A (15-100)

**TELEPHONE** (Include Area Code)
(205) 945-8692

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
209 Lakeshore Drive, Homewood, AL 35209

**COUNTY**
073

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 05/31/2002   LATEST: 05/31/2002
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I. I was hired by the employer named above during May, 1998, in the position of stocker. During February, 2002, and April, 2002, I was denied a transfer to another location. On at least two occasions I have acted in management positions. On May 31, 2002, I was informed that I would not be promoted to the position of customer service manager, a position in which I have acted in for approximately one month.

II. I was informed by Anthony Eppes, Assistant Manger that I would not be promoted to the position in that I was not qualified for it.

III. I believe that I was discriminated against in violation of Title VII of the 1964 Civil Rights Act, as amended in retaliation to previously filed charges of discrimination against the employer. Employees who have not filed previous charges of discrimination have been transferred with no problems and cashiers, who I believe to have not filed charges of employment discrimination have been promoted to customer service managers. I met all qualifications for the posted position. Of the employees who applied for the position I am the most qualified.

RECEIVED
MAY 31 2002
E.E.O.C. Birmingham District

DEFENDANT'S EXHIBIT
16
Gilbert

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 5-31-02   Reginald W. Gilbert
Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 07/99)

**RESPONDENT'S COPY**